UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

JUL 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: ROWLAND MARCUS ANDRADE. | No.    20-72001 |
| _____ | D.C. No. 3:20-cv-02013-RS |
| ROWLAND MARCUS ANDRADE, | Northern District of California, San Francisco |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, | |
| Respondent, | |
| ONE PARCEL OF REAL PROPERTY LOCATED AT 9414 PLAZA POINT DRIVE, MISSOURI CITY, TEXAS, 77459; et al., | |
| Real Parties in Interest. | |

Before:  THOMAS, Chief Judge, SCHROEDER and CALLAHAN, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of the court by means of the extraordinary remedy of mandamus.  *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

**DENIED.**